FILED

2015 JUL 17 AM 9: 57

U.S. DISTRICT COURT
DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| ) | 1: 15 CR 274 |
| v. ) | CASE NO. _____ |
| ) | Title 18, Section 1707, United States Code |
| ANN APANA, ) | |
| ) | JUDGE GWIN |
| Defendant. ) | |

Count 1
(Theft of Property Used by Postal Service)

The United States Attorney charges:

Between at least on or about June 12, 2009 until on or about June 15, 2014, as part of a continuing course of conduct, in the Northern District of Ohio, Eastern Division, Defendant Ann Apana did steal, purloin, embezzle, and appropriate to her own use, property used by the United States Postal Service, that is $38,741.42 in Postal Service funds, postage, and other retail stock, and $18,341.08 in unauthorized purchases of postage using Postal Service customers S.B. and B.B.'s credit card information, in violation of Title 18, United States Code, Section 1707.

STEVEN M. DETTELBACH
United States Attorney

By: _____
EDWARD F. FERAN
Chief, Major and Cyber Crimes Unit